IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Bennie Fulton, | ) | C/A NO. **4:24-cv-947-JD-TER** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING CONSENT MOTION TO CONSOLIDATE** |
| Superior Machine Co. of S.C., LLC, aka Superior Machine Co. of South Carolina, Inc., | ) | |
| Defendant. | ) | |
| Bennie Fulton, | ) | C/A NO. **4:23-cv-04381-JD-TER** |
| Plaintiff, | ) | |
| vs. | ) | |
| Superior Machine Co. of S.C., LLC, | ) | |
| Defendant. | ) | |

  Before this Court is the Consent Motion to Consolidate of the above-named Plaintiff and Defendant (together, the "Consenting Parties") in the above-captioned matters. The Consenting Parties seek an order consolidating for all purposes the above-captioned lawsuits that are pending in the District of South Carolina, Florence Division, and involve the same Plaintiff, the same Defendant, and common issues of law and fact. The Consenting Parties consent to consolidating these two cases for all purposes.

  This Court finds that consolidation for all purposes is appropriate for these two matters and hereby GRANTS the Consent Motion. Bennie Fulton v. Superior Machine Co. of S.C., LLC, aka

1

<u>Superior Machine Co. of South Carolina, Inc</u>., 4:24-cv-0947-JD-TER, will be the lead case and the scheduling order therein will be the operative scheduling order for the consolidated cases.

    **IT IS SO ORDERED.**

       <u>s/Thomas E. Rogers, III</u>
       Thomas E. Rogers, III
       United States Magistrate Judge

Dated: May 15, 2024
Florence, South Carolina